KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BELAY WOLDEMARIAM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; NANCY ALCANTAR, Field Director of Detention and Removal of Immigration and Custom Enforcement,<br><br>　　　　　Respondents. | No. C 06-7046 TEH<br><br>**STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule:

| | |
|---|---|
| Respondents' Opposition to Habeas Petition due: | December 29, 2006 |
| Petitioner's Reply: | January 8, 2007 |
| Hearing: | January 22, 2007 at 10:00 a.m. |

///

///

Stip to Briefing Schedule; and [Proposed] Order
C-06-7046 TEH

| | | |
|---|---|---|
| 1 | Dated: December 12, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney |
| 8 | Date: December 12, 2006 | _____/s/_____<br>ROBERT VOLZ |
| 9 | | Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  12/15/06                              /s/
                                      THELTON E. HENDERSON
                                      United States District Judge

Stip to Briefing Schedule; and [Proposed] Order
C-06-7046 TEH