1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 BELAY WOLDEMARIAM,                    )
                                         )   No. C 06-7046 TEH
13          Petitioner,                  )
                                         )
14      v.                               )
                                         )   STIPULATION OF DISMISSAL; and
15 ALBERTO GONZALES, Attorney General    )   [PROPOSED] ORDER
   of the United States; MICHAEL CHERTOFF,)
16 Secretary of the Department of Homeland)
   Security; NANCY ALCANTAR, Field Director)
17 of Detention and Removal of Immigration and)
   Custom Enforcement,                   )
18                                        )
            Respondents.                 )
19 _____ )

20      Petitioner, by and through his attorney of record, and Respondents, by and through their

21 attorneys of record, hereby stipulate to dismiss the petition for writ of habeas corpus in the above-

22 entitled proceeding because, on December 29, 2006, the Department of Homeland Security released

23 the Petitioner on the Intensive Supervision Appearance Program (ISAP), rendering the petition

24 moot.

25      Accordingly, the parties respectfully request that the Court dismiss the petition.  The parties

26 will bear their own costs.

27 ///

28 ///

Stip to Dismiss
C-06-7046 TEH

Dated: December 29, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney

Date: December 29, 2006

_____/s/_____
ROBERT VOLZ
Attorney for Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   01/03/07



_____
TON E. HENDERSON
States District Judge

Stip to Dismiss
C-06-7046 TEH